# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CELINE G. SUCHANEK,

                Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

Civil No. 07-4656 (JMR/JJG)

**ORDER ON REPORT AND
RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16).  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Motion for Summary Judgment is **DENIED**; [Doc. No. 8];

2.    Defendant's Motion for Summary Judgment [Doc. No. 14] is **DENIED**; and

3.    The matter is **REMANDED** to the Commissioner for further proceedings consistent with this Report and Recommendation.

Dated:  December 4, 2008        s/James M. Rosenbaum
                                  JAMES M. ROSENBAUM
                                  United States District Judge