UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Celine Suchanek,**

Plaintiff,

v.

**Michael J. Astrue,**

Defendant.

Civil No. 07-4656 (JMR/JJG)

**ORDER**

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Commissioner's motion to reopen this litigation and enter judgment (Doc. No. 19) is **GRANTED.**

2. This litigation is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 18th day of August, 2009.

  s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge